FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 10, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARALEEN MCDANIELS,<br><br>          Plaintiff,<br><br>      v.<br><br>SAFEWAY INC. d/b/a Safeway Store #1589,<br><br>          Defendant. | No. 2:17-CV-0068-SMJ<br><br>**ORDER DISMISSING CASE** |

On May 7, 2018, the parties filed a stipulated dismissal, ECF No. 29. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**     The parties' Joint Stipulation of Dismissal With Prejudice, **ECF No. 29**, is **GRANTED.**

    **2.**     All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**     All pending motions are **DENIED AS MOOT.**

    **4.**     All hearings and other deadlines are **STRICKEN.**

    **5.**     The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of May 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2